# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HUERTA,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 16cv01644-GPC<br>                15cr00741-GPC<br><br>**ORDER VACATING ORDER PROVISIONALLY APPOINTING FDSDI AND DENYING PETITIONER'S 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE** |

On June 27, 2016, Petitioner filed a motion for to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. On August 29, 2016, the Court provisionally appointed Federal Defenders of San Diego, Inc. ("FDSDI") to represent Petitioner assuming that he alleged a claim under Johnson v. United States, 135 S. Ct. 2551 (2015). (Dkt. No. 25.) Upon a careful review of the petition, Petitioner does not allege a claim under Johnson. Accordingly, the Court VACATES its order provisionally appointing FDSDI and the briefing schedule.

Section 2255 authorizes this Court to "vacate, set aside, or correct the sentence" of a federal prisoner on "the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack[.]" 28 U.S.C. § 2255(a). To warrant

relief under § 2255, a prisoner must allege a constitutional or jurisdictional error, or a "fundamental defect which inherently results in a complete miscarriage of justice [or] an omission inconsistent with the rudimentary demands of fair procedure." United States v. Timmreck, 441 U.S. 780, 783 (1979) (quoting Hill v. United States, 368 U.S. 424, 428 (1962)).

Here, Petitioner does not allege any claims in his petition. Accordingly, the Court DENIES the petition to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED: August 31, 2016

HON. GONZALO P. CURIEL
United States District Judge